

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00687-CV

**FLAGSHIP HOMES, LTD.** d/b/a Prestige Homes,
Appellant

v.

Thomas H. **VEITCH** and Anne Veitch,
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-04337
Honorable Renée Yanta, Judge Presiding

PER CURIAM

Sitting: Sandee Bryan Marion, Chief Justice
    Karen Angelini, Justice
    Jason Pulliam, Justice

Delivered and Filed:  November 25, 2015

DISMISSED

The parties have filed a motion to dismiss this appeal due to settlement.  Therefore, we grant the motion and dismiss the appeal as moot.  *See* TEX. R. APP. P. 42.1(a)(1).  Because the motion does not disclose an agreement of the parties regarding the assessment of costs, we order all costs assessed against appellant.  *See* TEX. R. APP. P. 42.1(d) (absent agreement of the parties, costs are taxed against appellant).

PER CURIAM